

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,666-02

### EX PARTE SERGIO REYES CASTILLO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-4936-10-B(1) IN THE 93RD DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and unauthorized use of a motor vehicle and sentenced to imprisonment for five years and 180 days. He did not appeal his convictions.

Applicant contends that he is actually innocent, his confession is illegal, he is entitled to DNA testing, Article 11.073 of the Code of Criminal Procedure applies to his convictions, the indictment is void, and the State engaged in misconduct.

Because Applicant's sentence for his unauthorized-use-of-a-vehicle conviction has

discharged and he has not raised collateral consequences, his claims relating to this conviction are dismissed. TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Based on the trial court's findings of fact and conclusions of law and this Court's independent review of the record, Applicant's claims relating to his sexual assault conviction are denied. Accordingly, this application is dismissed in part and denied in part.

Filed:  December 5, 2018

Do not publish